# Exhibit A

SUMMONS

*(CITATION JUDICIAL)*

**SUM-100**

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED

SEP 30 2019

SUPERIOR COURT OF CALIFORNIA
COUNTY OF DEL NORTE

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Moda Health Plan, Inc. and Cochlear
Americas, Inc. and Does 1-10

**YOU ARE BEING SUED BY PLAINTIFF:**

*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Carmen Watts aka Carmen Clayton

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services. (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER**
*(Número del Caso)*
CVPT-2019-1268

Del Norte Superior Court
450 H. Street
Crescent City, CA 95531

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
George M. Mavris 179471 George M. Mavris
1 Point Saint George Place (707) 464-1418
Crescent City, CA 95531

ESPERANZA ESPARZA

| DATE:  *(Fecha)* | SEP 30 2019 | Clerk, by  *(Secretario)* | H. FLESHMAN | , Deputy  *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL] 

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

under:  [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)        [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)        [ ] CCP 416.90 (authorized person)
[ ] other *(specify):*

4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

CEB
ceb.com

Essential
[e] Forms

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Watts, Carmen

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address)*:<br>George M. Mavris 179471<br>George M. Mavris<br>1 Point Saint George Place<br>Crescent City, CA 95531<br>TELEPHONE NO.: (707) 464-1418   FAX NO.: (707) 464-3364<br>ATTORNEY FOR *(Name)*: Carmen Watts | FOR COURT USE ONLY<br><br>**ENDORSED**<br>**FILED**<br><br>SEP 30 2019<br><br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF DEL NORTE |

SUPERIOR COURT OF CALIFORNIA, **COUNTY OF** Del Norte
STREET ADDRESS: 450 H. Street
MAILING ADDRESS: 450 H. Street
CITY AND ZIP CODE: Crescent City, CA 95531
BRANCH NAME:

CASE NAME: Watts v. Moda et al

| CIVIL CASE COVER SHEET<br>[X] Unlimited   [ ] Limited<br>(Amount          (Amount<br>demanded        demanded is<br>exceeds $25,000) $25,000 or less) | Complex Case Designation<br>[ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER: CVPI-2019-1268<br>JUDGE: MCELFRESH<br>DEPT.: ONE |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[X] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is   [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [X] punitive
4. Number of causes of action *(specify)*: 5
5. This case [ ] is   [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 09/29/2019

George M. Mavris
(TYPE OR PRINT NAME)                    ▶                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CEB® Essential Forms
ceb.com

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

Watts, Carmen

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)-Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice-
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
      or wrongful eviction)*
  Contract/Warranty Breach-Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case-Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ-Administrative Mandamus
  Writ-Mandamus on Limited Court
    Case Matter
  Writ-Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal-Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400-3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex
  case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-
    domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late
    Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]   CEB | Essential Forms   **CIVIL CASE COVER SHEET**   Page 2 of 2

Watts, Carmen

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| George M. Mavris                                  179471<br>George M. Mavris<br>1 Point Saint George Place<br>Crescent City, CA 95531<br>TELEPHONE NO (707) 464-1418   FAX NO *(Optional)* (707) 464-3364<br>E MAIL ADDRESS *(Optional)*<br>ATTORNEY FOR *(Name)*  Carmen Watts | **ENDORSED**<br>**FILED**<br>**SEP 30 2019**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF DEL NORTE |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Del Norte
 STREET ADDRESS 450 H. Street
 MAILING ADDRESS 450 H. Street
 CITY AND ZIP CODE Crescent City, CA 95531
 BRANCH NAME

PLAINTIFF: Carmen Watts aka Carmen Clayton

DEFENDANT: Moda Health Plan, Inc. and Cochlear
            Americas, Inc. and Does 1-10

[X] DOES 1 TO 10

| CONTRACT | |
|---|---|
| [X] COMPLAINT | ☐ AMENDED COMPLAINT *(Number)* : |
| ☐ CROSS-COMPLAINT | ☐ AMENDED CROSS-COMPLAINT *(Number)* : |

Jurisdiction *(check all that apply)* :
☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded  ☐ does not exceed $10,000
                    ☐ exceeds $10,000 but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER:

CVP1-2019-1268

1. Plaintiff* *(name or names)*: Carmen Watts aka Carmen Clayton

   alleges causes of action against **defendant*** *(name or names)*: Moda Health Plan, Inc. and Cochlear Americas, Inc. and Does 1-10
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
      ☐ except plaintiff *(name)* :
         (1) ☐ a corporation qualified to do business in California
         (2) ☐ an unincorporated entity *(describe)* :
         (3) ☐ other *(specify)* :

   b. ☐ Plaintiff *(name)* :
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name  *(specify)* :

      b. ☐ has complied with all licensing requirements as a licensed *(specify)* :
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      [X] except defendant *(name)* :                          [X] except defendant *(name)* :
         Moda Health Plan, Inc.                                   Cochlear Americas, Inc.
         (1) ☐ a business organization, form unknown              (1) ☐ a business organization, form unknown
         (2) [X] a corporation                                    (2) [X] a corporation
         (3) ☐ an unincorporated entity *(describe)* :            (3) ☐ an unincorporated entity *(describe)* :

         (4) ☐ a public entity *(describe)* :                     (4) ☐ a public entity *(describe)* :

         (5) ☐ other *(specify)* :                                (5) ☐ other *(specify)* :

---

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 [Rev January 1, 2007]   CEB Essential ⓔ Forms  ceb.com

**COMPLAINT - Contract**

Code of Civil Procedure, § 425.12

Watts, Carmen

PLD-C-001

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Watts v. Moda et al | |

4   *(Continued)*
   b.   The true names of defendants sued as Does are unknown to plaintiff.
      (1)  [X] Doe defendants *(specify Doe numbers):*     1-5_____ were the agents or employees of the named
            defendants and acted within the scope of that agency or employment.
      (2)  [X] Doe defendants *(specify Doe numbers):*     6-10_____ are persons whose capacities are unknown to
            plaintiff.
   c.   [ ]  Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d.   [ ]  Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5   [ ]  Plaintiff is required to comply with a claims statute, **and**
      a.   [ ]  has complied with applicable claims statutes, *or*
      b.   [ ]  is excused from complying because *(specify):*

6   [ ]  This action is subject to     [ ]  Civil Code section 1812.10     [ ]  Civil Code section 2984.4.

7.   This court is the proper court because
   a.   [X] a defendant entered into the contract here.
   b.   [X] a defendant lived here when the contract was entered into.
   c.   [ ]  a defendant lives here now.
   d.   [ ]  the contract was to be performed here.
   e.   [ ]  a defendant is a corporation or unincorporated association and its principal place of business is here.
   f.   [ ]  real property that is the subject of this action is located here.
   g.   [ ]  other *(specify):*

8   The following causes of action are attached and the statements above apply to each   *(each complaint must have one or
   more causes of action attached):*
      [X] Breach of Contract
      [ ]  Common Counts
      [X] Other *(specify):*     Fraud, Consumer Legal Remedies Act (CC 1750 et seq),
                                   Negligence

9.   [ ]  Other allegations:

10.  Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a.   [X] damages of: $   TBD
   b.   [X] interest on the damages
      (1)  [X] according to proof
      (2)  [ ]  at the rate of   *(specify):*               percent per year from *(date):*
   c.   [X] attorney's fees
      (1)  [ ]  of: $
      (2)  [X] according to proof.
   d.   [X] other *(specify):*     Punitive Damages on the Fraud and CC 1750 Claim.

11.  [ ]  The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 09/30/2019

George M. Mavris
         (TYPE OR PRINT NAME)

▶ George M. Mavris
         (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]

CEB® Essential
ceb.com  Forms®

**COMPLAINT - Contract**

Page 2 of 2

Watts, Carmen

PLD-C-001(1)

| SHORT TITLE | CASE NUMBER: |
|---|---|
| Watts v. Moda et al | |

First _____     **CAUSE OF ACTION-Breach of Contract**
_(number)_

ATTACHMENT TO [X] Complaint   [ ] Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

BC-1. Plaintiff _(name)_:  Carmen Watts aka Carmen Clayton

    alleges that on or about _(date)_:  08/30/2016
    a [X] written   [ ] oral   [ ] other _(specify)_:
    agreement was made between _(name parties to agreement)_: Moda Health Plan, Inc. and
                                  Cochlear Americas, Inc.
    [X] A copy of the agreement is attached as Exhibit A, or
    [X] The essential terms of the agreement [ ] are stated in Attachment BC-1 [X] are as follows _(specify)_:
       Moda Health Plan, Inc. pre-approved health care services for
       Plaintiff to be rendered by Cochlear Americas, Inc.

BC-2. On or about _(dates)_: 10/21/2016
    defendant breached the agreement by [ ] the acts specified in Attachment BC-2 [X] the following acts
    _(specify)_:
    Moda Health Plan, Inc. refused to pay as previously agreed in
    Exhibit A, which is hereby incorporated by reference.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or
    excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
    [ ] as stated in Attachment BC-4 [X] as follows _(specify)_:
       Plaintiff incurred medical expenses and other damages as a
       result which remain due and unpaid.

BC-5. [X] Plaintiff is entitled to attorney fees by an agreement or a statute
       [ ] of $
       [X] according to proof.
BC-6. [ ] Other:

Page 3 _____

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

CEB Essential
ceb.com Forms

**CAUSE OF ACTION-Breach of Contract**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Watts, Carmen

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Watts v. Moda et al | |

<u>   Second           </u>    **CAUSE OF ACTION**- General Negligence    Page <u>4      </u>

(number)

ATTACHMENT TO [X] Complaint    ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Carmen Watts

alleges that defendant *(name)*: Moda Health Plan, Inc. and Cochlear Americas, Inc. and Does 1-10

[X] Does   <u>1    </u>  to <u>10      </u>

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*:  10/21/2016

at *(place)*:  Moda Health Plan, Portland, OR

*(description of reasons for liability)* :

On or about August 30, 2016, Moda Health entered into a written agreement with Cochlear Americas pre-approving services for Plaintiff for necessary medical services.  A true and correct copy of the approval is attached as Exhibit A to this Complaint.

Plaintiff was made aware that services were pre-approved and, on this basis, undertook medical services costing $10,700 which she would not have undertaken but for the representations of the Defendants that such services were covered and pre-approved.

In fact, said services were allegedly "not covered" and said facts were never shared with Plaintiff prior to engaging medical services.

Defendants had a duty to advise Plaintiff if her services were not covered prior to rendering services.

On 10/21/2016, Defendants alleged that Plaintiff was not, in fact, covered for the services she previously received and billed her $10,701.00.

Defendants each breached their duty to Plaintiff by failing to advise her that the services were not allegedly covered prior to allowing Plaintiff to incur a debt for services.

As a direct and proximate result of Defendants negligence, Plaintiff has been injured in an amount to be established at trial.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev  January 1, 2007]
CEB | Essential
ceb.com | [e]Forms
**CAUSE OF ACTION**- General Negligence
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

Watts, Carmen

PLD-C-001(3)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Watts v. Moda et al | |

Third _____       **CAUSE OF ACTION-Fraud**
   *(number)*

ATTACHMENT TO [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR-1. Plaintiff *(name)*:   Carmen Watts

   alleges that defendant *(name)*: Moda Health Plan, Inc. and Cochlear
                     Americas, Inc. and Does 1-10
   on or about *(date)*:   10/21/2016          defrauded plaintiff as follows:

FR-2. [X] Intentional or Negligent Misrepresentation
   a. Defendant made representations of material fact [ ] as stated in Attachment FR-2.a [X] as follows:
      Defendants and each of them advised Plaintiff she had been
      pre-approved for medical services.

   b. These representations were in fact false. The truth was [ ] as stated in Attachment FR-2.b [X] as follows:

      Defendant, Moda Health Plan, Inc, advised Plaintiff that
      they would not be paying for the services that they had
      "pre-approved".

   c. When defendant made the representations,
      [X] defendant knew they were false, or
      [X] defendant had no reasonable ground for believing the representations were true.
   d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item
      FR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were
      true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. [X] Concealment
   a. Defendant concealed or suppressed material facts [ ] as stated in Attachment FR-3.a [X] as follows:
      That Plaintiff was not, in fact, "pre-approved" for medical
      services.

   b. Defendant concealed or suppressed material facts
      [X] defendant was bound to disclose.
      [X] by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or
         suppressed facts.
   c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as de-
      scribed in item FR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts
      and would not have taken the action if plaintiff had known the facts.

Page 5 _____

                                                                        Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION-Fraud**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

CEB | Essential
ceb.com | Forms                                    Watts, Carmen

PLD-C-001(3)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Watts v. Moda et al | |

<u>Fourth</u>
_(number)_

## CAUSE OF ACTION—Fraud

FR-4. [X] **Promise Without Intent to Perform**

    a. Defendant made a promise about a material matter without any intention of performing it ☐ as stated in Attachment FR-4.a [X] as follows:

        Defendants and each of them advised Plaintiff she had been pre-approved for medical services.   See Exhibit A.

    b. Defendant's promise without any intention of performance was made with the intent to defraud and induce plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act ☐ as stated in Attachment FR-5 [X] as follows:

        Plaintiff engaged medical services for which she was allegedly "pre-approved".

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged ☐ as stated in Attachment FR-6 [X] as follows:

    Plaintiff incurred substantial medical bills, attorney's fees, and other damages in an amount to be established at trial.

FR-7. Other:

Page 6

CEB Essential Forms
ceb.com

**CAUSE OF ACTION—Fraud**

Watts, Carmen

MC-020

| SHORT TITLE: Watts v. Moda et al | CASE NUMBER |
|---|---|

1          FIFTH CAUSE OF ACTION

2      (Consumer Legal Remedies Act Civil Code 1770 et seq.)

3

4  Defendants each advised Plaintiff that she was "pre-approved" for

5  medical services.  In truth and in fact, the Defendants, on October

6  21, 2016, advised Plaintiff that she was not covered.

7

8  Under the Civil Code 1770(2), this amounts to "misrepresenting . .

9  the approval of services" and constitutes an unfair or deceptive

10  practices.

11

12  In order to attempt to remedy the problem, the Plaintiff sent, by

13  certified mail to each Defendant, a demand for compliance with the

14  Consumer Legal Remedies Act.  (See Exhibit B).

15

16  Each of the Defendants acknowledged receipt and refused to remedy

17  the situation.  More than 30 days have passed and the Plaintiff

18  remains injured by the Defendant's deceptive practices.

19

20  Consequently, Plaintiff seeks redress under Civil Code 1750 et seq.

21  including but not limited to (1) compensatory damages (2) punitive

22  damages and (3) attorney's fees.

23

24

25

26  *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers):*

27  | This page may be used with any Judicial Council form or any other paper filed with the court. | Page ___7___ |

# EXHIBIT A

# EXHIBIT B

**GEORGE M. MAVRIS**
ATTORNEY AT LAW

1 Point Saint George Place • Crescent City, CA  95531 • Ph. (707) 464-1418 • Fax (707) 464-3364

December 18, 2018

<u>By Certified Mail Return Receipt</u>
Moda
P.O. Box 40384
Portland, OR  97240-0384

     Re:    <u>Demand Under Consumer Legal Remedies Act - CC 1750 et seq.</u>
            Carmen W. Clayton (Watts)
            ID# E00281014
            DOB: 10/26/1957

To whom it may concern:

I have been retained by Carmen Clayton (Watts) regarding your refusal to pay a claim for services *which you previously approved* as a covered event.  The failure to pay has left Mrs. Clayton with an outstanding balance owed of $11990.00 (See attached statement).

No valid justification has been given for Moda's failure to pay.  The medical treatment was incurred based upon the representations that this was a covered event.  But for these representations, Mrs. Clayton would have made alternative arrangements.

Your actions amount to bad faith insurance practices under California Law and subject you to serious penalties for fraud, misrepresentation and violation of the Consumer Legal Remedies Act noted above.

Therefore, we are making a demand under <u>Civil Code</u> section 1750 et seq, for immediate payment of the outstanding amounts owed to Cochlear Americas.  Under <u>Civil Code</u> 1770, which lists the proscribed practices, you are in breach of numerous subsections including but not limited to 1770(2) "Misrepresenting the source, sponsorship, approval or certification of goods or services" and 1770(16) "representing that the subject of a transaction has been supplied in accordance with a previous representation when it has not".

This code section, under which I have successfully litigated other such claims, allows for the aggrieved party to collect not only the actual damages but punitive damages and attorney's fees. <u>Civil Code</u> 1780.

As a prerequisite, I am required to give you 30 days notice that we are demanding full payment of the outstanding medical bill to Cochlear Americas.  If this is not resolved, in full, by the end of

this notice period, I will file an action against Moda for not only the actual damages, but for attorney's fees and costs.

Thank you for your prompt attention to this matter

Sincerely,

George M. Mavris, Attorney

cc:   Client
      California Insurance Commissioner



Certified Mail ~~ovides:

- A mailing rece~~~..
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

**Important Reminders:**

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "*Restricted Delivery*".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 (Reverse) PSN 7530-02-000-9047

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Moda
PO Box 40384
Portland, OR 97240-0384

0590 9402 1032 6053 1958 21

2. Article Number (Transfer from service label)

7012 2210 0002 3409 0764

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 1632 6053 1958 21

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**George M. Mavris**
1 Point Saint George Place
Crescent City, CA  95531

REC IMG
JAN 0 7 2019

**GEORGE M. MAVRIS**
ATTORNEY AT LAW

1 Point Saint George Place • Crescent City, CA  95531 • Ph. (707) 464-1418 • Fax (707) 464-3364

December 18, 2018

By Certified Mail Return Receipt
Cochlear Americas
13059 E. Peakview Avenue
Centennial CO   80111

Re:    Demand Under Consumer Legal Remedies Act - CC 1750 et seq.
Carmen W. Clayton (Watts)
ID# E00281014
DOB:  10/26/1957

To whom it may concern:

I have been retained by Carmen Clayton (Watts) regarding your attempts to collect a debt that you have failed to secure from the insurance company.  I am attaching for your review a copy of the authorization from Moda Insurance indicating that Mrs. Clayton was pre-approved for Cochlear Americas to perform the services which were rendered.  The coverage period was listed from 07/22/2016 – 10/22/2016.  Thus, Cochlear Americas claim that Mrs. Clayton was not covered for services rendered on September 7, 2016, is false.

It is my understanding that Cochlear Americas has refused to properly submit the claim to Mrs. Watts insurance and has sought payment directly from Mrs. Clayton.  Further, Cochlear Americas have advised Mrs. Clayton that they will no longer service their product until such time as they receive full payment from Mrs. Clayton.

The actions of Cochlear Americas amount to a clear violation of California law.  Not only have you negligently concluded that the services rendered occurred outside of a coverage period, but have negligently failed to timely submit billing to Moda Insurance.  This negligence was further, compounded  by voiding warranties and benefits to which Mrs. Clayton is entitled and referring her to collections.

More specifically your actions amount to a violation of the *California Consumer Legal Remedies Act* which subjects your company to serious penalties.  Therefore, we are making a demand under Civil Code section 1750 et seq, for Cohclear Americas to (1) immediately and properly process Mrs. Clayton's insurance claim (2) remove the negative information which you have placed on her credit report and (3) restore all benefits and warranties to which she is entitled.

This code section, under which I have successfully litigated other such claims, allows for the aggrieved party to collect not only the actual damages but punitive damages and attorney's fees. Civil Code 1780.

As a prerequisite, I am required to give you 30 days notice that we are demanding (1) that Cochlear Americas properly process Mrs. Clayton's insurance claim (2) prove that the denial of benefits are not related to Cochlear Americas negligence in submitting the claim (3) remove any negative credit history related to Cochlear's claim that Mrs. Clayton owes money to Cochlear Americas and (4) restore all warranties and benefits to which she is entitled.

If this is not resolved, in full, by the end of this notice period, I will file an action against Cochlear Americas for not only the actual damages, but for attorney's fees and costs.

Thank you for your prompt attention to this matter

Sincerely,

George M. Mavris, Attorney

cc:    Client

Cochlear™ Hear now. And always

Cochlear Americas
13059 East Peakview Avenue
Centennial CO 80111
USA

Tel:        1  303  790  9010
Fax:        1  303  792  9025
Toll Free:  1  800  523  5798

www.cochlear.com

January 25, 2019

Via UPS

George M. Mavris, Esq.
1 Point St George Place
Crescent City, CA 95531

      Re:    Demand Under Consumer Legal Remedies Act – CC 1750 et seq.

Dear Mr. Mavris:

Cochlear is in receipt of your letter dated December 18, 2018, written on behalf of C. Clayton (Watts) (ID# E00281014).

As mentioned in my earlier fax [sent January 9, 2019 to (707) 464-3364] and two voice messages [left at (707) 464-1418 on January 15 and January 18, 2019], Cochlear is unable to release or discuss health information pertaining to your client without first receiving a signed HIPAA Authorization.

After looking into this matter internally, we have information to provide once the signed HIPAA Authorization is provided to us.

I've attached a copy of a HIPAA Authorization for your use. A PDF of this form can also be found on the California Department of Health Care Services website: https://www.dhcs.ca.gov/services/Documents/Authorization%20for%20Release%20of%20Protected%20Health%20Information%20DHCS%206247.pdf.

Please do not hesitate to contact me directly if you have any follow-up questions or concerns. My direct line is: (303) 264-2101.

Warm Regards,

Christine Hofmeister
Assistant General Counsel



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $ 47 |
| Certified Fee | 3.45 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.67 |

Postmark Here

Sent To: Cochlear Americas
Street, Apt. No.; or PO Box No. 13059 E. Peakview Ave.
City, State, ZIP+4 Centennial, CO 80111

PS Form 3800, August 2006    See Reverse for Instructions

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047